1  Jointly Submitted By:

2  Courtney W. Redman (#331562)
   courtney@cwredmanlaw.com
3  The Law Office of Courtney W. Redman, Esq.
   1055 W. 7th Street, 33rd Floor
4  Los Angeles, California 90017
   Telephone: (213) 863-4747
5  Facsimile: (310) 631-4371

6  Attorney for Plaintiff
   JACK B. NOYER
7

8  Jeremy E. Shulman (# 257582)
    jshulman@lagerlof.com
9  LAGERLOF, LLP
   301 N. Lake Avenue, Suite 1100
10 Pasadena, California 91101-4158
   Telephone: (626) 535-1900
11 Facsimile: (626) 577-7764

12 Attorneys for Defendant
   WELLS FARGO BANK, N.A.
13

14
                    UNITED STATES DISTRICT COURT
15
                    EASTERN DISTRICT OF CALIFORNIA
16

17
   JACK B. NOYER,                    Case No.: 1:21-cv-01024-DAD-BAK
18
            Plaintiff,               [Assigned to: Hon Dale A. Drozd)
19
        v.
20                                   **JOINT NOTICE OF SETTLEMENT
   WELLS FARGO BANK, N.A.            LOCAL RULE 160**
21
            Defendants.
22

LAGERLOF, LLP (side margin)

**TO THE CLERK OF THE COURT AND THE HONORABLE DISTRICT JUDGE:**

The undersigned counsel on behalf of all parties to this action jointly file this notice of settlement to advise of a complete settlement of this action. The Parties anticipate filing a joint stipulation and proposed order to dismiss this action with prejudice within 21 days.

Respectfully submitted,

Dated: June 2, 2022           LAW OFFICE OF COURTNEY W. REDMAN, ESQ.


By:   /s/ Courtney W. Redman
Courtney W. Redman
Attorneys for Plaintiff
JACK B. NOYER


Dated: June 2, 2022           LAGERLOF, LLP


By:/s/ Jeremy E. Shulman
Jeremy E. Shulman
Attorneys for Defendant
WELLS FARGO BANK, N.A.

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 301 N. Lake Avenue, Suite 1100, Pasadena, California 91101-4158.

On the date below, I served the foregoing document(s) described as:

**JOINT NOTICE OF SETTLEMENT**
**LOCAL RULE 160**

on the interested parties in this action by placing a true and correct copy enclosed in a sealed envelope as follows:

**Served Electronically Via the Court's CM/ECF System**

*Attorneys for Plaintiff*
*Jack B. Noyer*

Courtney W. Redman, Esq.
LAW OFFICES OF COURTNEY W. REDMAN, ESQ.
1055 7th Street, 33rd Floor
Los Angeles, CA  90017

Tel: (213) 863-4747
Email: courtney@cwredmanlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on June 2, 2022.

Laurie Hlista                                             [signature]
(Type or Print Name)                               (Signature of Declarant)