UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK B. NOYER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant. | Case No.: 1:21-cv-01024-DAD-BAK (BAM)<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 17) |

The parties report that there is a complete settlement of this action and anticipate filing a joint stipulation to dismiss the action with prejudice within 21 days.  (Doc. 17).  Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than June 23, 2022**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **June 3, 2022**                             /s/ Barbara A. McAuliffe            _
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE