1  Jeremy E. Shulman (# 257582)
   jshulman@lagerlof.com
2  LAGERLOF, LLP
   301 N. Lake Avenue, Suite 1100
3  Pasadena, California 91101-4158
   Telephone: (626) 535-1900
4  Facsimile: (626) 577-7764

5  Attorneys for Defendant
   WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK B. NOYER, | Case No.: 1:21-cv-01024-DAD-BAK |
| Plaintiff, | [Assigned to: Hon Dale A. Drozd) |
| v. | **JOINT STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** |
| WELLS FARGO BANK, N.A. | |
| Defendants. | |

**TO THE CLERK OF THE COURT AND THE HONORABLE DISTRICT JUDGE:**

The undersigned counsel on behalf of all parties to this action stipulate and agree as follows:

1. The action is dismissed with prejudice as to all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with all parties to bear their own fees and costs; and

2. The dismissal is pursuant to a confidential settlement agreement with an effective date of May 31, 2022.

Dated: June 9, 2022                         LAW OFFICES OF COURTNEY W. REDMAN

By: /s/ Courtney W. Redman
    Courtney W. Redman
Attorneys for Plaintiff
JACK B. NOYER

Dated: June 9, 2022                         LAGERLOF, LLP

By: /s/ Jeremy E. Shulman
    Jeremy E. Shulman
Attorneys for Defendant
WELLS FARGO BANK, N.A.

**CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 301 N. Lake Avenue, Suite 1100, Pasadena, California 91101-4158.

On the date below, I served the foregoing document(s) described as:

**JOINT STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)**

on the interested parties in this action by placing a true and correct copy enclosed in a sealed envelope as follows:

**Served Electronically Via the Court's CM/ECF System**

*Attorneys for Plaintiff*
*Jack B. Noyer*

Courtney W. Redman, Esq.
LAW OFFICES OF COURTNEY W. REDMAN, ESQ.
1055 7th Street, 33rd Floor
Los Angeles, CA  90017

Tel: (213) 863-4747
Email: courtney@cwredmanlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on June 9, 2022.

Laurie Hlista
(Type or Print Name)

*[signature]*
(Signature of Declarant)

94000/HR2359/02636620-1

CASE NO. 1:21-CV-01024-DAD-BAK
CERTIFICATE OF SERVICE